QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
  Christopher A. Mathews (Bar No. 144021)
  chrismathews@quinnemanuel.com
  Bruce R. Zisser (Bar No. 180607)
  brucezisser@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
SSL Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>SSL SERVICES, LLC, a Maryland limited liability company,<br><br>  Defendant. | CASE NO. 3:08-cv-05758-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME** ; ORDER |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Juniper Networks, Inc. ("Juniper") and Defendant SSL SERVICES, LLC ("SSL Services") that (1) the time for SSL Services to move or otherwise respond to Juniper's complaint in the above-captioned matter is hereby extended to February 12, 2009; and (2) the time for SSL Services to file an answer to Juniper's complaint in the above-captioned matter is hereby extended to March 16, 2009.

///

///

///

03817.22555/2758662.1

1  |  So stipulated.
2  |  DATED: 1/13, 2009         QUINN EMANUEL URQUHART OLIVER &
3  |                            HEDGES, LLP
4  |
5  |                            By _____
6  |                               Christopher A. Mathews
   |                               Attorneys for Defendant SSL Services, LLC
7  |  DATED: 1/13, 2009         IRELL & MANELLA LLP
8  |
9  |                            By _____
10 |                               Jonathan Kagan
   |                               Attorneys for Plaintiff Juniper Networks, Inc.
11 |
12 |
13 |  IT IS SO ORDERED:
14 |
15 |
16 |  _____
   |  Edward M. Chen
17 |  U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

03817.22555/2758662.1                     -2-
                                              STIPULATION FOR EXTENSION OF TIME