1
2                    UNITED STATES DISTRICT COURT
3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                              OAKLAND DIVISION
5

| | |
|---|---|
| 6  JUNIPER NETWORKS, INC.,<br>7         Plaintiff,<br>8     vs.<br>9  SSL SERVICES, LLC,<br>10        Defendant. | Case No: C 08-05758 SBA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>[Docket 14] |

The Court has received, read and considered the papers submitted in connection with Defendant's Motion for Administrative Relief to Vacate Initial Case Management Conference Pending Resolution of SSL Services' Motion to Dismiss, or in the Alternative, to Transfer the Case.  Good cause appearing,

IT IS HEREBY ORDERED THAT defendant's motion is GRANTED.  The Initial Case Management Conference is CONTINUED from April 1, 2009 to May 6, 2009 at 3:00 p.m.  The parties shall follow the dial-in instructions set forth in the Court's scheduling order of January 29, 2009.  The parties' deadline for compliance with their obligations under Federal Rule of Civil Procedure 26(f) is extended from March 25, 2009 to April 29, 2009.

IT IS SO ORDERED.

Dated: March 19, 2009                                  _____
                                                       Hon. Saundra Brown Armstrong
                                                       United States District Judge