UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SSL SERVICES, LLC, a Maryland limited liability company,<br><br>Defendant. | Case No: C 08-5758 SBA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE AMEND COMPLAINT AND DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>[Docket 15, 32] |

Plaintiff Juniper Networks, Inc. ("Juniper") filed the instant declaratory relief action against SSL Services, LLC ("SSL"), on December 24, 2008.  In response, SSL filed a motion to dismiss for lack of personal jurisdiction (Docket 15), pursuant to Federal Rule of Civil Procedure 12(b)(2). The motion to dismiss is scheduled for hearing on June 16, 2009.  In the interim, Juniper filed a motion for leave to file a first amended complaint (Docket 32), which it also noticed for hearing on June 16, 2009.

A plaintiff can amend its complaint once as a matter of right before a responsive pleading is served.  Fed.R.Civ.P. 15(a)(1)(A).  A motion to dismiss is not a responsive pleading.  Doe v. United States, 58 F.3d 494, 497 (9th Cir. 1995).  As such, it was unnecessary for Juniper to file a motion for leave to file an amended complaint.  The Court notes that it would have been preferable for Plaintiff to have amended its pleadings sooner, before the Defendant and the Court had invested their respective resources in connection with Defendant's motion to dismiss.  Nevertheless, since there is no responsive pleading on file, Plaintiff has the right to amend its complaint.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file an amended complaint (Docket 32) is GRANTED.  Plaintiff shall file its amended complaint within two (2) days of the date this Order is filed.  The failure to do so will result in the dismissal of the action.

1 | Defendant's motion to dismiss (Docket 15) is DENIED as moot.  Defendant may renew its motion
2 | in response to the amended complaint.
3 |     IT IS SO ORDERED.
4 |
5 | Dated:  June 1, 2009                          _____
                                                  Hon. Saundra Brown Armstrong
6 |                                               United States District Judge