| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| 2 | Morgan Chu (70446) (mchu@irell.com)<br>Jonathan S. Kagan (166039) (jkagan@irell.com) |
| 3 | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276 |
| 4 | Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 |
| 5 | David C. McPhie (231520) (dmcphie@irell.com) |
| 6 | 840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324 |
| 7 | Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200 |
| 8 | Attorneys for Plaintiff |
| 9 | Juniper Networks, Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>SSL SERVICES, LLC, a Maryland limited liability company,<br><br>        Defendant. | Case No. 4:08-cv-05758-SBA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY TO OCTOBER 9, 2009**<br><br>Hearing Date: September 18, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom A, 15th Floor |

2121978

Case No. 4:08-cv-05758-SBA

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE HEARING DATE TO OCTOBER 9, 2009

1 **[PROPOSED] ORDER**

Based upon the parties' Joint Stipulation, and good cause appearing therefor, the hearing date and time on Juniper Networks, Inc.'s Motion for Jurisdictional Discovery shall be continued from September 18, 2009, at 9:30 a.m., to October 9, 2009, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 09/10/09

_____
THE HON. JOSEPH C. SPERO

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

2121978

Case No. 4:08-cv-05758-SBA

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE HEARING DATE TO OCTOBER 9, 2009