1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Jonathan S. Kagan (166039) (jkagan@irell.com)
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
4  Facsimile: (310) 203-7199

5  David C. McPhie (231520) (dmcphie@irell.com)
   Cathy Moses (254791) (cmoses@irell.com)
6  840 Newport Center Drive, Suite 400
   Newport Beach, California 92660-6324
7  Telephone: (949) 760-0991
   Facsimile: (949) 760-5200
8
   Attorneys for Plaintiff
9  Juniper Networks, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>SSL SERVICES, LLC, a Maryland limited liability company,<br><br>        Defendant. | Case No. 4:08-cv-05758-SBA<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Case No. 4:08-cv-05758-SBA

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE CASE MANAGEMENT CONFERENCE

2139804

1

## ORDER

2   Based upon the parties' Joint Stipulation, and good cause appearing therefor, the initial
3 case management conference in this matter shall be continued to November 17, 2009, at 1:00 p.m.
4 to follow the hearing on the Motion to Dismiss (Dkt. No. 42).

5

6   **IT IS SO ORDERED.**

7 DATED: 10/16/09               *Saundra B. Armstrong*
                                _____
8                               HON. SAUNDRA B. ARMSTRONG
                                United States District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 4:08-cv-05758-SBA

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE CASE MANAGEMENT CONFERENCE

2139804