QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
CHRISTOPHER A. MATHEWS (Bar No. 144021)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
E-mail: chrismathews@quinnemanuel.com

NIRO, SCAVONE, HALLER & NIRO
PAUL K. VICKREY (*Pro Hac Vice* admission pending)
DINA M. HAYES (*Pro Hac Vice* admission pending)
FREDERICK C. LANEY (*Pro Hac Vice* admission pending)
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: hayes@nshn.com
E-mail: laney@nshn.com

***Attorneys for Defendant***
***SSL Services, LLC***

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (OAKLAND DIVISION)

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation, | Case No. 4:08 CV 05758-SBA |
| Plaintiff, | |
| v. | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| SSL SERVICES, LLC, a Delaware limited liability company, | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 3–16, the undersigned certifies that the following listed persons, associates or persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this

Case No. 4:08 CV 05758-SBA

proceeding:

    JURIDICA INVESTMENTS LIMITED

Dated: November 4, 2009        Respectfully submitted,

                                                /s/ Dina M. Hayes
                                        PAUL K. VICKREY
                                        DINA M. HAYES
                                        FREDERICK C. LANEY
                                        NIRO, SCAVONE, HALLER & NIRO
                                        181 W. Madison St., Suite 4600
                                        Chicago, Illinois 60602
                                        (312) 236-0733
                                        Fax: (312) 236-3137

                                        CHRISTOPHER A. MATHEWS
                                        QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
                                        865 South Figueroa Street
                                        10th Floor
                                        Los Angeles, CA 90017-2543
                                        (213) 443-3000
                                        Fax: (213) 443-3100

                                        ***Attorneys for Defendant***
                                        ***SSL SERVICES, LLC***

Case No. 4:08 CV 05758-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28