UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SSL SERVICES, LLC, a Maryland limited liability company,<br><br>  Defendant. | Case No:  C  08-5758 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF and MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Docket 70, 72 |

On June 12, 2009, Defendant SSL Services, LLC ("SSL"), filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.  On August 28, 2009, Juniper filed its opposition to the motion to dismiss.  After Juniper filed its opposition to SSL's motion to dismiss, Magistrate Judge Spero ruled that Juniper could "take a Rule 30(b)(6) deposition of a representative of the Defendant, on the subject of what business, if any, Defendant has conducted in California, including what trips its representatives have taken into the state."  (Docket 60 at 1.)  Juniper deposed Ronaldi on October 28, 2009.  However, following the conclusion of the deposition, Juniper did not seek to amend or supplement its opposition.

On November 16, 2009, the Court issued its Order granting SSL's motion to dismiss.  On the same date, Juniper filed a Motion for Administrative Relief (Docket 72) and Motion to File Documents Under Seal (Docket 70).  Juniper seeks to proffer excerpts of the Rule 30(b)(6) deposition taken on October 28, 2009 under seal. However, because the Court has already adjudicated the motion, Juniper's requests are moot.  In addition, the excerpts would not change the outcome of the motion in any event.  Accordingly,

1    IT IS HEREBY ORDERED THAT Juniper's Motion for Administrative Relief (Docket 72)
2 and Motion to File Documents Under Seal (Docket 70) are DENIED as moot.  The Clerk shall
3 return the documents proposed to be filed under seal to counsel for Plaintiff.
4    IT IS SO ORDERED.

6 Dated:  November 30, 2009                               _____
                                                         SAUNDRA BROWN ARMSTRONG
7                                                        United States District Judge